NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7144

JAMES C. GIEBNER,

Claimant-Appellant,

v.

ERIC K. SHINSEKI,
Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 07-2863, Judge Robert N. Davis.

ON MOTION

ORDER

James C. Giebner moves to voluntarily withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion is granted.

(2)     Each side shall bear its own costs.

FOR THE COURT

OCT 0 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    James C. Giebner
       Jeanne E. Davidson, Esq.

s17

ISSUED AS A MANDATE:     OCT 0 8 2009

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 8 2009

JAN HORBALY
CLERK